# Robert J Nahoum PC

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

*The Hudson Valley*
*(Main Office):*
*48 Burd Street, Suite 300*
Nyack, NY 10960-3109
Ph: (845) 450-2906
Fax: (888) 450-8640

*Brooklyn*
48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph: (718) 514-6026
Fax: (888) 450-8640

*New Jersey:*
*(For Meeting Purposes Only)*
*115 Maple Avenue, Suite 201*
*Red Bank, NJ 07701*
Ph: (845) 450-2906
Fax: (888) 450-8640

January 18, 2022

**VIA ECF**

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Paulino v. KeyBank National Association**
       **USDC SDNY Docket No.: 21-cv-08744-JPC**

Dear Hon. John P. Cronan:

This office represents plaintiff Joshua Paulino in this matter. I write to advise that the parties have successfully reached a resolution to this matter. Accordingly, it is respectfully requested that the required joint letter and proposed case management plan due January 18, 2022, be withdrawn and the Initial Case Conference currently set for January 25, 2022, be adjourned to allow the parties the opportunity to exchange the necessary settlement documents. I have consulted with counsel for defendant who consents to this request. No prior request to extend these deadlines have been made.

Thank you for your consideration. Should have any questions, please do not hesitate to contact me.

Respectfully submitted,

ROBERT J. NAHOUM

RJN/jan
cc:   Andrew P. Karamouzis, Esq.

---

*Plaintiff's unopposed request is granted. The parties shall submit a letter updating the Court on the status of settlement by February 18, 2022. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF filing event. All deadlines and conferences in this matter, including the Initial Pretrial Conference scheduled for January 25, 2022 and the joint letter and proposed case management plan due January 18, 2022, are adjourned sine die.*

SO ORDERED.

Date:   January 18, 2022
        New York, New York

JOHN P. CRONAN
United States District Judge

---